LOUIS RAYMOND, Respondent, v. LOUIS SOKOLOV et al., Defendants, and SOBRO CONSTRUCTION CORPORATION et al., Defendants-Appellants.—

No opinion. Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

HELEN S. STEINBERG, Appellant, v. ABRAHAM & STRAUS, INC., Respondent.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

JOSEPHINE TAIBI et al., Respondents, v. MORRIS LEINWAND, Appellant.—

No opinion. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

EMMA J. UMBACH, Respondent, v. GEORGE J. UMBACH, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

GEORGE P. WAGNER, Respondent, v. SUFFOLK COUNTY TRUST COMPANY, as Trustee for Certificate Holders, Appellant, and FRANK J. SMITH, Defendant-Respondent.—

Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

## (October 11, 1943.)

CENTRAL HANOVER BANK AND TRUST COMPANY, Respondent, v. ROSLYN ESTATES, INC., et al., Appellants.—

Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.

DEPOSIT CONTRACTING CORPORATION, Respondent, v. NEW YORK AND BROOKLYN CASKET COMPANY, Appellant, et al., Defendants.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

AGNES K. DONLAN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.